STEVEN YOUNG v. RICHARD S. LATTA, ET AL.

September 26, 1989.

Petition for certification denied. (See 233 *N.J.Super.* 520).

JANE T. RUSZKOWSKI, ET AL. v. JAROSALU BEZUSHKO.

September 26, 1989.

Petition for certification denied.

MAYNARD C. NICHOLL, JR. v. HELEN DALE NICHOLL.

September 26, 1989.

Petition for certification denied.

JUDEX, INC., ETC. v. LOUIS SENDELSKY.

September 26, 1989.

Petition for certification denied.